AMALIA E. LAUTZ et al., Respondents, *v.* FRANK F. WILLIAMS, Respondent, and CHARLES F. SHAW et al., as Executors of EDMUND R. SHAW, Deceased, Appellants, Impleaded with Others.

*Lautz v. Williams*, 102 App. Div. 619, affirmed.
(Argued October 8, 1906; decided October 23, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1905, which affirmed a judgment of Special Term overruling exceptions to the report of a referee in an action for the foreclosure of a mortgage and directing judgment for a deficiency arising on said foreclosure.

*Nathaniel W. Norton* for appellants.

*Adelbert Moot* and *Charles M. Hughson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: GRAY, J. Not sitting: HISCOCK, J.